AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

Westside Associates LLC

vs.

Certain Underwriters at Lloyds of London

**JUDGMENT IN A CIVIL CASE**

Case Number: 7:06-1991-HFF

**[X]  Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Correll Insurance Group Inc's motion is granted.  Therefore Defendant Underwriter's motion to dismiss Defendant Correll as a party is denied.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

April 7, 2009